# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Michael McNeill,

        Plaintiff(s),                         JUDGMENT IN A CIVIL CASE

vs.                                         3:08cv498

Officer Germany et al,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 11/10/2008 Order.

Signed: November 10, 2008

Frank G. Johns, Clerk
United States District Court