IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08CV498-1-MU

| | |
|---|---|
| MICHAEL McNEILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| OFFICER GERMANY, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** comes before the Court upon Plaintiff's Motion for Summary Judgment (Doc. No. 11), filed July 1, 2009.

On November 4, 2008, Plaintiff filed a Complaint pursuant to 42 U.S.C. § 1983 in the above-referenced case. On November 10, 2008, this Court dismissed the Complaint for failure to exhaust administrative remedies. Plaintiff has now filed the instant Motion for Summary Judgment. As Plaintiff's Complaint has been dismissed, his motion is moot and will be dismissed as such.

**IT IS THEREFORE ORDERED THAT** Plaintiff's Motion for Summary Judgment is **DENIED as moot**.

Signed: July 14, 2009

Graham C. Mullen
United States District Judge